

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHAPAWU PROPERTIES AND RICHARD GONZALES, | § | No. 08-23-00199-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 407th Judicial District Court |
| v. | | |
| | § | of Bexar County, Texas |
| WADE BASS, JERRI BASS, JENE BASS, NICHOLAS HUGON, | | |
| | § | (TC# 2022-CI-11954) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF AUGUST, 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.